This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**VERNARD MILES,**

Plaintiff-Appellant,

**v.**                                                                        **No. 35,041**

**GREGG MARCANTEL and**
**GERMAN FRANCO,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**David K. Thomson, District Judge**

Vernard Miles
Las Cruces, NM

Pro se Appellant

Nancy L. Vincent
Springfield, IL

for Appellee

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

**{2}** Affirmed.

**{3} IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**RODERICK T. KENNEDY, Judge**

_____
**STEPHEN G. FRENCH, Judge**